UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REGINALD ALDRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INSITUFORM, | ) |
| SARA HERALD, | ) |
| | ) |
| Defendants. | ) |

> The court acknowledges the Stipulation of Dismissal with prejudice, Dkt. [50]. The Clerk is DIRECTED to close this case on the docket.
> JPH 9/20/2024.
> Distribution via ECF.

Case No. 1:23-cv-01564-JPH-MJD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Reginald Aldridge, and Defendants Insituform and Sara Herald, stipulate and agree to the dismissal with prejudice of all claims in this lawsuit, with each party to bear his, her or its own costs and attorneys' fees.

Dated: September 20, 2024

Respectfully Submitted,

/s/ Jeffrey S. McQuary (w/ permission)
Jeffrey S. McQuary, #16791-49
TOMPKINS LAW
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329
jmcquary@tlawindy.com

Attorney for Plaintiff

/s/ Christina M. Kamelhair
Christina M. Kamelhair, #32457-49
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
300 N. Meridian St., Ste. 2700
Indianapolis, IN  46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
christina.kamelhair@ogletree.com

Attorney for Defendants